Guatemala September 3, 2018

**Honorable Judge**
**Henry E. Hudson,**
**Richmond, Virginia,**
**United States**

Honorable Judge:

I am ROXANA ISABEL RUANO CHAJON DE MONTENEGRO, I am identified with the personal National Identification card number ████████████, issued in Guatemala by RENAP, and I am a secretary and office worker. Respectfully I make it known that I am the wife of **PAULO CESAR MONTENEGRO AREVALO**. We have been married for 15 years and 4 months, we have had 2 children, a boy who is 13 years old, (César ████████████████ and a girl who is 7 years old (Linda ████████████████). I have known my husband since we were children, we lived in the village of Aldea, el Fiscal, in the Municipality of Palencia in the Department of Guatemala, Guatemala, where we grew up and studied together at the same school. I know Paulo very well and he is well-known for being a good husband, father, son, and brother.

He is an easy-going, god-fearing man, with good principles, he is considerate, attentive, respectful, very responsible and he always has financially supported our family. He is loving with all of his family, he is a honest man, very hardworking, law-abiding, generous and thinks about others and within our financial limits he has always helped and supported his parents and his nieces and nephews.

On various occasions when a relative needed to be hospitalized, it was he who was there, when our children were born, it was Paulo who took of us in the hospital. I remember a time when he sold some rims from his car to pay for the operation relative's operation. Paulo has ambitions in life, he always says that you have to work until you are exhausted to achieve your dreams. My husband considers it important that our children study and prepare to be someone in life and it's for them that he has to work so hard and instilled in them good values. He is known for being determined and a hard worker. People love him and are very grateful to him, he's the type of person who won't eat if by doing so, it helps someone else.

In regards to his work, which is an auto bodyshop, straightening out cars and painting them in his bodyshop, he does the best job possible. I have not heard of any complaint, on the contrary, he has always been trusted and congratulated for his work. The opinion that I have of my husband has not changed even after finding out about the legal problem which is facing him, not only because I love him and I am his wife, but rather because I truly have realized his qualities and the type person that he is. I have much to be grateful for and God blessed me greatly in giving me a life companion like him.

*Attachment 1*

I am very saddened by my husband's current situation. It has affected all of us, his parents, my children, and me personally since we miss him and only God knows the struggles we are going through to be able to cover basic necessities and keep going. Paulo has mentioned that he very much regrets the situation in which he involved himself, and it is because of this, Honorable Judge, that I beg you to take these things into consideration when making your decision.

Sincerely,

(signature illegible)

**Roxana Isabel Ruano Chajón de Montenegro**
**Cell**

Guatemala, 03 de Septiembre de 2018.

**Honorable Juez**
**Henry E. Hudson,**
**Richmond, Virginia,**
**Estados Unidos.**

Honorable Juez:

Soy ROXANA ISABEL RUANO CHAJON DE MONTENEGRO, me identifico con documento personal
▇▇▇▇▇▇▇ extendido en Guatemala por el RENAP, soy Secretaria y Oficinista,
respetuosamente hago de su conocimiento que soy esposa de **PAULO CESAR MONTENEGRO**
**AREVALO,** llevamos 15 años y 4 meses de casados, procreamos 2 hijos, un niño de 13 años
(César ▇▇▇▇▇ ) y una niña de 7 años (Linda ▇▇▇▇▇ ),
conozco a mi esposo desde que éramos niños, pues vivíamos en la Aldea el Fiscal, Municipio de
Palencia del departamento de Guatemala, donde crecimos y estudiamos juntos en la misma
escuela. Conozco muy bien a Paulo pues se ha caracterizado por ser un buen esposo, padre,
hijo y hermano.

Es un hombre con un temperamento calmado, con temor a Dios, con principios, es
considerado, atento, respetuoso, muy responsable pues siempre trajo el sustento económico a
nuestro hogar, es amoroso con toda su familia, es un hombre honrado, es muy trabajador,
respetuoso de la ley, generoso y se preocupa por los demás pues dentro de nuestras
limitaciones siempre ayudaba y apoyaba a sus padres y a sus sobrinos.

En varias ocasiones cuando un familiar necesitaba ser hospitalizado era él quien estaba
pendiente, cuando nacieron nuestros hijos fue Paulo quien estuvo cuidando de nosotros en el
hospital, recuerdo una oportunidad que vendió unos aros de su carro para pagar la operación
de un familiar. Paulo tiene ambiciones en la vida, siempre dice hay que trabajar hasta el
cansancio para cumplir los sueños. Mi esposo considera que es importante que nuestros hijos
estudien y se preparen para ser alguien en la vida y que es por ellos que hay que trabajar duro,
les inculca cosas buenas, tiene fama de ser trabajador y luchador, las personas lo quieren y
están muy agradecidas con él pues es del tipo de gente que dejan de comer por ayudar a
otro.

En relación a su trabajo, que es la mecánica, enderezado y pintura de vehículos, lo ha realizado
de la mejor manera pues no me he entado de reclamo alguno, al contrario, siempre lo
felicitaron y confiaban mucho en él. La opinión que tengo de mi esposo no ha cambiado aun
sabiendo del problema legal en el que se encuentra, no solo porque lo amo y por ser su esposa,
sino porque realmente me he dado cuenta de la calidad de persona que es, tengo mucho que
agradecerle y Dios me bendijo grandemente al darme un compañero de vida como él.

Me entristece mucho la situación actual de mi esposo, pues nos ha afectado a todos, a sus
padres, a mis hijos y a mí en lo personal, ya que nos hace mucha falta y solo Dios sabe las penas
que pasamos para poder cubrir nuestras necesidades básicas y salir adelante. Paulo me ha
comentado que lamenta mucho la situación en la que se vio involucrado y es por ello
honorable Juez que suplico tener las consideraciones del caso, al tomar su decisión.

Atentamente,

Roxana Isabel Ruano Chajón de Montenegro
Cel. ▇▇▇▇▇

[Translator's note: The following is a handwritten letter]

Guatemala 9/3/2018

Honorable Judge
Henry E. Hudson
Richmond, Virginia
United States

Honorable Judge:

I am César █████████████████ I am 13 years old, and I am studying the first year of secondary school at Jesús Rey de Gloria School. I am the eldest child of Paulo César Montenegro Arévalo, I want to tell you that my dad has always been very loving with me, my sister, and with my mom. He doesn't scold me, he is very responsible and he's always sure we have enough to eat, to study, and to meet our needs. My dad also worries about my grandparents, and in the repair shop where he works, they love him a lot because he is good with his coworkers. My dad tells me to study so I can be a professional, and he tells me that I have to work hard in life, my dad is my best Friend.
I'm very sad because of this problem that's happening to him, because he can't be with us and I miss him very much, I miss him...
I beg you to read my letter and that you consider my dad's problem so that he can come home soon.

(Signature illegible)

César █████████████
█████

Guatemala 03|09|2018

Honorable Juez.
Henry E. Hudson
Richmond, Virginia,
Estados Unidos.

Honorable Juez:

Yo soy César ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ tengo 13 años, estoy estudiando Primero Básico en el Colegio Jesús Rey de Gloria; soy el hijo mayor de Paulo César Montenegro Arévalo, quiero contarle que mi papá siempre ha sido muy amoroso conmigo, con mi hermana y mi mamá, él no es regañón, es muy responsable y esta pendiente de que tengamos para comer, estudiar y lo necesario; mi papá también se preocupa por mis abuelitos, en el taller donde trabaja lo quieren mucho por que es bueno con sus compañeros de trabajo. Mi papá me dice que estudie y que me prepare para ser un profesional él me dice que hay que trabajar duro en la vida, mi papá es mi mejor Amigo.
Estoy muy triste por este problema, que él esta Pasando pues no puede estar con nosotros y me hace mucha falta; lo extraño... Le suplico que lea mi carta y que Considere el problema que tiene mi papá

para que pronto pueda venir a la casa.



César

[Translator's note: Following is a handwritten letter. There are spelling and grammatical mistakes that have been corrected for ease of reading.]

Guatemala 9/3/18

Honorable Judge
Henry E. Hudson
Richmond, Virginia
United States

Honorable Judge:

I am Linda ▮▮▮▮▮▮▮▮▮▮ I am 7 years old, I'm in first grade in Jesus Rey de Gloria School. I'm the youngest daughter of Paulo César Montenegro Arevalo. My Daddy is my hero and he is a good man. He takes care of us a lot and he protects us. He loves all of his family very much and he tells me that I'm his princess. He works in a repair shop fixing cars. We all love my Daddy because he is very loving and kind, he teaches us to take care of our grandparents.
I know that my Daddy has a problem and because of that he doesn't come home. I really miss his hugs and his kisses. I miss when he tells me stories to fall asleep. I love my daddy with all my heart, I hope that my letter helps him solve his problem.

(Signature)
Linda ▮▮▮▮▮▮▮▮▮▮

Guatemala, 03/09/2018

Honorable Juez
Henry E. Hudson
Richmon virginia,
Estados Unidos.

Honorable Juez:

Yo soy Winda ███████████,
tengo 7 años, estudio Primero Primaria en el
Colégio Jusos rey de Gloria Soy la hija
menor de, Paulo César Montenegro arevalo,
mi Papito es mi heroe es un hombre bueno,
nos cuida mucho y nos Protege;
ama mucho a toda su familia a mi me dice
que soy su princesa, él trabaja en el
taller arreglando carros.
Todos queremos a mi Papito Porque es muy
amoroso y amable, nos enseña a cuidar
a los abuelitos.
Sé que mi Papito tiene un Problema y
Por eso no viene a la casa, me hacen
mucha falta sus abrazos y sus besitos,
extraño que me cuente Cuentos Para
dormir. Yo amo con todo mi corazón a
mi Papito, espero que mi carta le
ayude a resolver su Problema.

Winda ██████████

[Translator's note: The following is a handwritten letter]

Guatemala, September 7, 2018

Honorable Judge
Henry E. Hudson
Richmond, Virginia
United States

Honorable Judge:

My name is Antonia Arévalo Quintana, I am 63 years old, a Guatemalan citizen with National ID Card Number 268057699150. I am a housewife, mother of six children, and all of them are very well-mannered, loving, and responsible.

Paulo César Montenegro Arévalo is my second son, and has been very responsible, and today I regret and feel very sorry for the situation that he's going through. As his mother, I know that he is innocent of what he's being accused of, and what's more, I ask God that He can resolve this problem soon. I miss my son in every way.

Paulo Cesar is a very hardworking, well-behaved, and responsible son and he is the person who takes care of my medical and my personal expenses and I have never lacked anything because of him, because he is a kind person who likes to help everyone in need.

Therefore, Respectable Judge, I hope that you take into account the words of a mother who misses her son very much, and may God illuminate you with wisdom in regards to my son.

Sincerely,

(Signature illegible)

Antonia Arevalo Quintana
Phone

Guatemala, septiembre /07 /20

Honorable Juez
Henry E. Hudson
Richmond, Virginia
Estados Unidos

Honorable Juez:

Mi nombre es Antonia Arévalo Quintana
tengo 63 años de edad, Ciudadan
guatemalteca con DPI No. 2680 57699 15
soy ama de casa, madre de seis
hijos, todos ellos son muy educados
amorosos y responsables.

Paulo César Montenegro Arévalo es mi
segundo hijo, quien ha sido muy
responsable y hoy lamento y siento
mucho por la situación que esta
pasando, que como madre sé que
él es inocente de lo que se le
acusa y lo que más le pido a Dios
y a su persona para que puedan
resolver pronto este problema. Me
hace mucha falta mi hijo en todo
sentido.

Paulo Cesar es un hijo muy trabajado
educado, responsable y es quien

se encarga de mi salud y mis gastos personales y nunca me ha faltado, ya que es una persona bondadosa que le gusta ayudar a todas las personas necesitadas.

Así es Respetable Juez espero tome en cuenta las palabras de una madre que le hace mucha falta su hijo, que Dios le ilumine su sabiduria para con mi hijo.

Atentamente,


Antonia Arevalo Q
Antonia Arevalo Quintana
No. Telefono ███████████

Guatemala August 29, 2018

Honorable Judge
Henry E. Hudson
Richmond, Virginia
United States

Honorable Judge:

My name is **Victor Manuel Montenegro**, Guatemalan citizen, I am identified with DPI (National Identification Card Number) 1████████████, I am 79 years old and I am retired from the National Mortgage Credit Bank of Guatemala after 32 years, receiving a pension by the aforementioned entity and from IGSS (Guatemalan Institute of Social Security). Currently I am not working because my health doesn't permit it. I suffer from Diabetes, asthma, and hypertension due to open-heart surgery. I am the father of **Paulo César Montenegro Arévalo**, who is the second of my six children.

Paulo Cesar has been an exemplary son because he is affectionate, helpful, and very loving. He has cared for me in the same ways in the same ways that I'm describing and I have realized that it's not only with me that he behaves this way, but also with people unconnected to the family. He has looked out for his coworkers a lot, and they have a lot of trust and love for him. With the little that he has, he has helped out people who ask him for help or who have needed him. My son has always been a persevering worker, very responsible in his tasks, and always had the desire to get ahead, for himself, and the good of his family.

This situation that we are living through with my son is affecting us all emotionally and financially because he has always provided his help, and also for me, as his father, it is terrible to have him so far away. I miss him. I hope that he returns to our side soon, because it is difficult to accept that a person like him, who has always been good in every sense of the word and respectful of the law and God-fearing, is going through all these difficulties. I greet you and hope that this letter is favorable to my son and I beg that you will take it into account, Honorable Judge.

Sincerely,

(Signature illegible)

**Victor Manuel Montenegro**
**Phone** ████████████

Guatemala 29 de agosto de 2018

Honorable Juez
Henry E. Hudson
Richmond, Virginia
Estados Unidos

Honorable Juez:

Mi nombre es **Víctor Manuel Montenegro**, ciudadano guatemalteco, me identifico con DPI número ▮▮▮▮▮▮▮▮, tengo 79 años de edad y soy jubilado por el Banco Crédito Hipotecario Nacional de Guatemala desde hace 32 años, recibiendo una pensión por la mencionada entidad y por el IGSS (Instituto Guatemalteco de Seguridad Social); actualmente no laboro ya que mi estado de salud no me lo permite, padezco de Diabetes, asmático, hipertenso debido a una intervención quirúrgica de corazón abierto. Soy padre de **Paulo César Montenegro Arévalo**, él es el segundo de mis seis hijos.

Paulo Cesar ha sido un hijo ejemplar porque es cariñoso, servicial y muy amoroso, yo he recibido su atención en las mismas formas que le indico y me he dado cuenta que no solo conmigo es así, sino también con personas ajenas a la familia, ha velado mucho por sus compañeros de trabajo, quienes le tienen mucha confianza y cariño, dentro de lo poco que tiene, ha colaborado con personas que le piden ayuda y lo necesitan. Mi hijo siempre ha sido un trabajador constante muy responsable en sus labores con deseos de superarse por bien de él y de todos nosotros que somos su familia.

Esta situación que estamos viviendo con mi hijo, nos afecta a todos emocional y económicamente ya que él siempre me ha brindado su ayuda, también para mí como su padre es un sufrimiento tenerlo tan lejos, pues me hace mucha falta, espero que pronto regrese a nuestro lado, ya que es difícil aceptar que una persona como él, que siempre ha sido bueno en todo el sentido de la palabra y temeroso de la ley y de Dios este pasando por todas estas penas. Me despido de usted esperando que esta carta favorezca a mi hijo y ruego tomarla en cuenta honorable Juez.

Atentamente,

**Víctor Manuel Montenegro**
**Teléfono** ▮▮▮▮▮▮▮▮

Guatemala August 24, 2018

Honorable Judge
Henry E. Hudson
Present

My name is María Inés Arévalo Garcia, I have worked as Director of Human Resources in a Guatemalan factory that produces plastic containers for 8 years and I write this letter to you because I want to bring to your attention that I have known Paulo César Montenegro Arévalo for approximately 30 years. We are cousins and we have had the opportunity to share in family gatherings.

What I have to tell you about Paulo César Montenegro es that I consider him to be a person of good principles, devoted to his family, generous, hardworking, and responsible. Personally, I was able to observe that he has always worried about his mother, siblings, wife and children, saw that they didn't lack anything and has also given them his love and care as a father, son, and brother.

In the place where Paulo César worked, he always gave other people opportunities based on their efforts to make a better life for themselves, and thus be able to forge ahead and provide for their families. Because of this I believe his work produced a valuable contribution to society.

I hope that my recommendation is taken into account during his case.

Sincerely,

(Signature illegible)

María Inés Arévalo Garcia
Phone:

Guatemala 24 de agosto de 2018

Honorable Judge
Henry E. Hudson
Presente

Mi nombre es María Inés Arévalo García, trabajo como Jefe de Recursos Humanos en una empresa guatemalteca productora de envases plásticos desde hace 8 años, me permito escribirle esta carta porque deseo hacer de su conocimiento que desde aproximadamente hace 30 años conozco a Paulo César Montenegro Arévalo, somos primos y hemos tenido la oportunidad de compartir en actividades familiares.

Lo que tengo que decirle de Paulo César Montenegro es que considero que es una persona de buenos principios, apegada a su familia, generosa, trabajadora y responsable. Personalmente pude observar que siempre se ha preocupado por su madre, sus hermanos, su esposa y sus hijos, para que no les haga falta lo necesario y brindarles el amor y cariño de padre, hijo y hermano.

En el lugar que Paulo César trabajaba les daba oportunidad a otras personas a base de esfuerzo para tener una mejor vida y así superarse y sacar adelante a su familia, por lo que considero que para la sociedad su trabajo generaba un aporte valioso.

Espero que mi recomendación sea tomada en cuenta durante este proceso.

Atentamente,

María Inés Arévalo García
Tel.

Guatemala August 28, 2018

**Honorable Judge,
Henry E. Hudson:**

I, Brenda Carolina Vargas Pinto de Arévalo, of Guatemalan nationality, am identified with National Identification Card Number:                    Being a part of Paulo César's Montenegro-Arévalo's family, I can guarantee and vouch for his conduct, his good habits, and his Christian formation, as I have shared with him the important moments in his life. Paulo is a social and hard-working person, with an integrated family, and caring of his children and their future well-being and success.

Thank you in advance for your taking into account the present recommendation, I thank you for taking into consideration Paulo César Montenegro's case, as well as the entire process in which he finds himself.

Sincerely,

[Signature illegible]

Brenda Carolina Vargas Pinto de Arévalo
Email:
Phone

Guatemala, 28 de agosto de 2018

**Honorable Juez,**
**Henry E. Hudson:**

Yo, Brenda Carolina Vargas Pinto de Arévalo, de nacionalidad guatemalteca, me identifico con el ID número:                    Siendo parte de la familia de Paulo César Montenegro-Arévalo puedo garantizar y dar fe de su conducta, sus buenos hábitos y su formación cristiana, pues he convivido con él momentos importantes de su vida. Paulo es una persona trabajadora, social, con una familia integrada, cuidadoso de sus hijos y su prosperidad.

Agradeciendo de antemano tomar en cuenta la presente recomendación, agradezco tener las consideraciones del caso para Paulo César Montenegro en el proceso que se encuentra.

Atentamente,

Brenda Carolina Vargas Pinto de Arévalo
Correo Electrónico:
Teléfono:

[Translator's note: The following is a handwritten letter]

Guatemala, September 6, 2018

Honorable Judge:
   Henry E. Hudson
   Richmond, Virginia
   United States

Honorable Judge:

   I, Jorge Eduardo Montenegro Arevalo, 40 years old, Guatemalan with ID number 

I work as an auto-mechanic and on electric systems in automobiles.
   Well, my brother Paulo Cesar Montenegro Arevalo also does the same type of work that I do except he has more ample knowledge than me because I learned the work directly from him. During the time that we have been together in this job, that I can remember, I have known him for 16 years and he has always taught me good things and not bad things. That is how I know him, not by the things that are said about him. For me, he has always been a great work example, he scolds us but that is what we need if our father is not there to talk to us, or give us a stern look. There are also many children who have learned from him and they haven't learned any bad things but rather love and understanding. For me, he continues to be a kind and brave person, helping those in need, and whomever needs help. Because of this I beg you and God that he will come home and return soon.
I beg that you take into account our words because he is not what they say he is.

   Well, without further ado, I greet you and hope that God blesses you and that He illuminates you about my brother's problem in these moments.

Sincerely,

Jorge Eduardo Montenegro Arevalo
(Signature illegible)

Guatemala 6/9/2018

Honorable Juez:
  Henrry F. Hudson
  Richmond Virginia
  Estados Unidos.


Honorable Juez.

  Yo Jorge Eduardo Montenegro Arevalo de 40 años de
Edad Guatemalteco con DPI No. ███████████.
Me dedico a la Mecanica Automotriz Y Sistema Electico
Automotriz.
  Pues mi Hermano Paulo Cesar Montenegro Arevalo
Tambien se dedica a lo mismo que Yo Solo que el
Con conocimiento Mas amPlio Porque del aprendi
ase Trabajo, Y Pues con el tiempo que Heramos
Juntos en ese Trabajo que Yo me recuerdo desde
que Yo Tenia 16 años lo conosco Y Pues el siemPre
Me enseño cosas buenas no malas y asi es como
lo conosco no Por las cosas que dicen de el Paro
mi siemPre asido un gran ejemPlo de Trabajo
Regaños Pero es lo que necesitamos Si no esta
nuestro PaPa al lado Para desirnos o regañar
Y a la vez Hay muchos niños que an aprendido
de el Y no cosas Malas Sino que amor cariño
Y comPrencion, Para mi sigue siendo la Persona
amable luchadora Y ayudar a quien lo necesita Por
eso mismo le ruego a usted Y a diosito que
Vendra Te regrese Pronto

le ruego que Toma en cuenta nuestras Palabras
Ya que el no es lo que dicen ser.

Bueno Sin Mas ni menos me desPido de
usted Y esperando en dios Bendiciones Y
que lo ilumine en estos Momentos del Problema
de mi Hermano.


Atentamente
Jorge Edvardo Montenegro Arevalo

[Translator's note: Punctuation has been added for ease of reading]

Guatemala August 31, 2018

Honorable Judge
Henry E. Hudson
Richmond, Virginia
United States

Honorable Judge:

My name is Luz de María Montenegro Arévalo de Valle, Guatemalan citizen, I am 31 years old and I am identified with National ID Number                    . I am the youngest sister of Paulo Cesar Montenegro Arévalo, my siblings consist of five men and I am the only female. My parents have been separated for 16 years. My husband has been an American resident for 23 years and travels to Guatemala two or three times a year, I have three male children who are eleven, nine, and six years old, and currently I don't work at any business, but I educate and look after my children and my home. I have known my brother my whole life, but he is, for me, more than just a brother. For me he is my friend, my confidant, my adviser, my hero, my example to follow; but above all, he is like a father to me, because when I was young my parents had many arguments and my he was always my refuge in every situation, every time. Of my five brothers, Paulo is the second eldest and he cared for me, and helped my mother get me ahead in life. He bought me clothing, food, and he was always attentive that I didn't lack in anything. Thanks to him and my mother, I was given an academic education and I was able to finish school, fulfilled this dream, and graduate as a secretary. In each stage of my life he has been present, giving me advice and continuing to be the most important person at my side. We have a beautiful relationship based on love, trust, and respect, that is the reason I grew up calling him PAPA (father). I grew up and I have always asked him to help me in every decision that I have made. For whatever situation that has presented itself in my life, he has been at my side, no matter the day or time. Since the time my children were born they have grown up calling him PAPA, the same as I do. For my children as much for me, Paulo has always been a respectful man with everyone. He has the gift of getting along with people, striking up conversations, and making people fall in love with him. He is always helping whomever needs it, with a heart so big and so noble. He has struggled to help us all get ahead, with many goals, and to help us because we are his family, (father, mother, siblings, wife, and children.) Despite the fact he is not the oldest brother, he is the one who has helped everyone.

As a family, we are going through a very difficult time given the circumstances that my brother is living through, because he has always been a pillar for all of us, as much as for his wife and children as for my siblings, my mother, and especially, for me and my children who love, admire, and respect him, and despite this situation; nothing has changed.

I hope that my words help in my brother's future case and that they are taken into account, so that soon he can be with us again and that we can continue with the life that we had because we have always been a very close family.

Sincerely,

(Signature illegible)
Luz de María Montenegro Arévalo de Valle
Phone:

Guatemala 31 de agosto de 2018

Honorable Juez
Henry E. Hudson
Richmond, Virginia
Estados Unidos

Honorable Juez:

Mi nombre es Luz de María Montenegro Arévalo de Valle,
ciudadana guatemalteca tengo 31 años de edad y me
identifico con ID ▮▮▮▮▮▮▮▮, soy la hermana más
pequeña de Paulo Cesar Montenegro Arévalo, mis hermanos
son cinco varones y yo soy la única mujer, mis padres están
separados desde hace 16 años, mi esposo es residente
americano desde hace 23 años y viaja a Guatemala dos o tres
veces al año, tengo tres hijos varones de once, nueve y seis
años de edad, en la actualidad no laboro en ninguna entidad
me dedico a educar y atender a mis hijos y mi casa. Tengo
toda una vida de conocer a mi hermano, quien para mi es
más que eso, para mí él es mi amigo, mi confidente, mi
consejero, mi héroe, mi ejemplo a seguir; pero ante todo él
es un padre para mí, desde pequeña mis padres tenían
muchas diferencias y mi refugio siempre fue el ante toda
situación y circunstancia, de mis cinco hermanos Paulo es el
segundo y él se ocupó de mi persona ayudo a mi madre a
sacarme adelante, me compraba mi ropa, alimentos y
siempre estuvo al pendiente que no me faltara nada, gracias
a él y a mi madre me dieron una educación académica y me
logre realizar finalizando el colegio graduándome de
secretaria, en cada etapa de mi vida se hizo presente
aconsejándome y volviéndose para mí la persona más
importante a mi alrededor, formamos una linda relación
basada en el amor, la confianza y el respeto, por lo tanto
crecí llamándolo PAPA, me hice mayor y siempre lo he
hecho participe de cada decisión que he tomado, ante
cualquier situación que a veces se presenta en la vida él ha
estado a mi lado no importando el día ni la hora, con el
tiempo mis hijos nacieron y crecieron llamándolo al igual
que yo PAPA, para mis hijos tanto como para mi es

Pablo ha sido siempre un hombre respetuoso con todas las personas, con el don de congeniar, entablar conversación y darse a querer, siempre ayudando a quien lo necesita, con un corazón tan grande y tan noble, ha luchado por salir adelante con muchas metas para ayudarnos a nosotros que somos su familia, (papa, mama, hermanos, esposa e hijos). A pesar de no ser el hermano mayor es el quien siempre nos ha ayudado a todos.

Como familia estamos pasando por una época muy difícil dadas las circunstancias que está viviendo mi hermano, ya que él siempre ha sido un pilar para todos, tanto para su esposa e hijos, como para mis hermanos, mi madre y especialmente para mi persona y mis hijos quienes lo amamos, admiramos y respetamos a pesar de esta situación nada cambia.

Espero que mis palabas ayuden con el proceso a seguir relacionado con el caso de mi hermano y sean tomadas en cuenta para que pronto este con nosotros nuevamente y podamos continuar con la vida que hemos tenido ya que siempre hemos sido una familia muy unida.

Atentamente,

Luz de María Montenegro Arévalo de Valle
Teléfono: ███████

Guatemala, August 22, 2018

Honorable Judge Henry E. Hudson
Eastern District of Virginia

Esteemed Judge Hudson,

I, Myriam García Muralles de Arévalo, age 59 and married for 38 years, of Guatemalan
nationality with the current employment as Expert Accountant, having worked for 32 years for a
services company, I sincerely turn to you to write a letter of recommendation for my nephew by
marriage, **Paulo Cesar Montenegro Arevalo,** whom I have known for thirty-nine years because
of my marriage to his uncle.

During this time that I have known Paulo Cesar I can assure you that he is person that comes
from a very honorable family, honest, and with high ethical and moral standards.

Since I have known Paulo Cesar since his childhood, I can guarantee that he is a very
hardworking and responsible person with his work and family obligations. He has never
abandoned his parents or siblings and of course, now that he is a married person, in the same
manner he is very responsible in meeting all of the financial, spiritual, and moral needs of his
wife and two little children who are young in age.

I was very saddened to find out that my nephew is going through this very difficult situation
which is facing him and it has deeply hurt not only him but his close family (parents, siblings,
wife and small children) and as well as all of us who love him and desire his wellbeing.

In the hope that my letter of recommendation is taken into consideration for the case that is
facing my nephew, I take advantage of this opportunity to greet you cordially.

(Signature illegible)
Myriam García Muralles de Arévalo
Phone:

Guatemala, agosto 22 de 2018.

Honorable Juez Judge Henry E. Hudson.
Easter District of Virginia.

Estimado Juez Hudson.

Yo, Myriam García Muralles de Arévalo de 59 años casada hace 38 años de nacionalidad guatemalteca con ocupación actual Perito Contador, trabajo hace 32 años en una empresa de servicios, Atentamente me dirijo a usted para hacer referencia a mi sobrino político **Paulo Cesar Montenegro Arévalo** a quien tengo treinta y nueve años de conocer por haber contraído matrimonio con un tío de él.

En este tiempo que tengo de conocer a Paulo Cesar puedo asegurar que es una persona que proviene de una familia muy honorable, honrada y con altos valores éticos y morales.

Debido a que conozco a Paulo Cesar desde su niñez puedo asegurar que es una persona muy trabajadora, responsable con las obligaciones de su trabajo y de su familia, Nunca ha desamparado a sus padres y hermanos y por supuesto ahora que ya es una persona casada de igual manera es muy responsable en cubrir todas las necesidades monetarias, espirituales, morales de su esposa y sus dos hijitos menores de edad.

Me entristece mucho saber que mi sobrino esta pasando por esta situación tan difícil de enfrentar y que ha perjudicado grandemente tanto a él como a su familia cercana (padres, hermanos, esposa e hijitos) y a todas las personas que lo queremos y deseamos su bienestar.

En espera que mi carta de recomendación sea tomada en consideración para el caso que esta enfrentado mi sobrino, aprovecho la oportunidad para saludarlo cordialmente.

Myriam García Muralles de Arévalo
Teléfono

Guatemala, September 2, 2018

Honorable Judge
Henry E. Hudson
Richmond, Virginia
United States

Honorable Judge Hudson:

I, Juan Antonio Ruano Gómez, am identified with the Personal ID Number                    issued by
the National Registry of Persons from the Republic of Guatemala, and I work in masonry.

I know Paulo César Montenegro Arévalo, I am his father-in-law, which permits me to state to you that I
have known him since he was a child because we were neighbors. 15 years ago my eldest daughter
married him and I believe that he is calm, peaceful, and tolerant. He is a responsible and affectionate
person and dedicated to his family. He works in his workshop for repair and painting of vehicles, an
occupation which has allowed him the support to provide for his family.

My son-in-law has been characterized by his generosity, responsibility, and for being a good father.
Likewise, since I have known him, his behavior has been exemplary and his actions have been in
accordance with the law. He is courteous with the elderly which demonstrates that he has moral and
religious principles which make him very loved by the people who surround him.

Also, I attest that he has been charitable with extremely poor people and has helped them by providing
some basic provisions such as food, circumstances which made him a champion for the poor.

On one occasion, I suffered an automobile accident at two in the morning and he, without hesitating,
arrived to help me and took my vehicle to his workshop for repair, and this attitude he has not only had
with me, but also with his friends, which demonstrates the level of friendship and generosity in my son-in-
law.

I know the situation of Paulo César Montenegro Arévalo, but this doesn't change the opinion I have of
him, which is why in God so that you, Respectful Judge, will make the decision to bel be benevolent in my
son-in-law's case because my daughter and my grandchildren need him.

With respect and gratitude, I bid farewell sincerely,

(Signature illegible)

Juan Antonio Ruano Gómez
Phone

Guatemala, 2 de septiembre de 2018.

Honorable Juez
Henry E. Hudson
Richmond Virginia,
Estados Unidos.

Honorable Juez Hudson:

Yo, Juan Antonio Ruano Gómez, me identifico con el documento personal de identificación número ███████ extendido por el Registro Nacional de Personas de la República de Guatemala, me dedico a la albañilería.

Conozco a Paulo César Montenegro Arévalo, soy suegro de la persona mencionada, lo que me permite manifestarle que lo conozco desde que era niño porque éramos vecinos. Hace 15 años mi hija mayor se casó con él y opino que es tranquilo, pacífico y tolerante. Es un hombre responsable, cariñoso y dedicado a su familia. Trabaja en su taller de enderezado y pintura de vehículos, ocupación que le ha proporcionado el sustento para su subsistencia y el de su familia.

Mi yerno se ha caracterizado por su generosidad, responsabilidad y por ser un buen padre. Además, desde que lo conozco su comportamiento ha sido ejemplar y sus actuaciones han sido acordes a la ley, es cortés con las personas mayores lo que demuestra que tiene principios morales y religiosos que lo hacen muy querido por las personas que lo rodean.

Asimismo, me consta que ha sido caritativo con personas en extrema pobreza y les ha colaborado con algunos suministros para su alimentación, circunstancia que lo hace solidario con los más necesitados.

En una ocasión, sufrí un accidente automovilístico a las 2 de la mañana y él sin dudarlo llegó a asistirme y llevó mi vehículo a su taller para la compostura, esa actitud no solo la he tenido conmigo, sino también con sus amistades, lo que demuestra el nivel de compañerismo y generosidad de mi yerno.

Conozco la situación de Paulo César Montenegro Arévalo, pero eso no cambia la opinión que tengo de él, por lo que confío en Dios para que usted Respetable Juez, al tomar la decisión en el caso de mi Yerno, sea benévolo porque mi hija y nietos lo necesitan.

Con respeto y agradecimiento, me despido atentamente,


Juan Antonio Ruano Gómez
Tel. ███████

Guatemala, September 1, 2018

Honorable Judge
Henry E. Hudson
Richmond, Virginia
United States

Honorable Judge Hudson:

I, Isabel Chajón Anleu de Ruano, identified with the Personal National ID Card Number ▮▮▮
▮▮▮▮▮▮▮▮, issued by the National Registry of Persons of the Republic of Guatemala. I am a
housewife and mother-in-law of Mr. Paulo César Montenegro Arévalo, the reason for which I tell
you the following: I have known him since his childhood because we were neighbors and
afterwards he married my daughter. I think of him as patient, a loving father, agood husband,
and he has tried to support us with an honest job. I have known the car repair shop where he
works and his best recommendation has been the excellent and guaranteed work that he
completes.

I can tell you that Paulo César Montenegro Arévalo is a person who takes care of his family, is
generous, noble, and respects the law. Several times I have witnessed his generosity in helping
people, especially with his workers, parents, and nieces and nephews.

I believe that his aspiration in life is to optimize the services in his repair shop to have more
customers and with that to be able to provide for his children and his wife and get ahead.

Apart from giving he's been his family, on several occasions he has also helped me with my
elderly mother when she was ill, because he has always made us feel that we are part of his
family.

Regrettably, I know that my Son-In-Law is going through a legal situation far away from his
family, but that does not change what I think of him, he is a very good person and I have faith
that all of this will end very soon, so I request your consideration regarding my son-in-law.

Respectfully,

(Signature Isabel Chajón)

Isabel Chajón Anleu de Ruano
Phone ▮▮▮▮▮▮▮

Guatemala, 1 de septiembre de 2018.

Honorable Juez
Henry E. Hudson
Richmond Virginia,
Estados Unidos.

Honorable Juez Hudson:

Yo, Isabel Chajón Anleu de Ruano, me identifico con el documento
personal de identificación número ███████████ extendido por el
Registro Nacional de Personas de la República de Guatemala, soy ama de
casa y suegra del señor Paulo César Montenegro Arévalo, razón por la
cual le indico lo siguiente: lo conozco desde su niñez porque éramos
vecinos y posteriormente se casó con mi hija. Lo considero paciente,
es un padre amoroso, buen esposo y ha procurado por sostener su hogar
mediante un trabajo honrado. He conocido el taller de carros donde
trabaja y su mejor recomendación ha sido el excelente trabajo
garantizado que realiza.

Puedo decirle que Paulo César Montenegro Arévalo es una persona que
cuida de su familia, generoso, noble y respeta la ley. Varias veces he
presenciado su generosidad al ayudar a las personas, en especial con
sus trabajadores, padres y sobrinos.

Opino que su aspiración en la vida es optimizar los servicios en su
taller para tener más clientes y con ello sacar adelante a sus hijos y
esposa.

Aparte de lo colaborador que ha sido con su familia, también en varias
ocasiones me apoyó con mi señora madre cuando estaba enferma, pues él
siempre nos ha hecho sentir que somos parte de su familia.

Lamentablemente sé que mi yerno está pasando por una situación legal
lejos de su familia, pero eso no cambia lo que pienso de él, pues es
una muy buena persona y tengo fe que todo esto terminará muy pronto,
por lo que le solicito su consideración respecto a mi Yerno.

Respetuosamente,

*Isabel Chajón*
Isabel Chajón Anleu de Ruano
Tel. ███████████

Guatemala September 1, 2018

Honorable Judge
Henry E. Hudson
Richmond, Virginia
United States

Honorable Judge Hudson:

My name is Braulia Consuelo Ruano Chajón, I'm identified with Personal ID Card Number [REDACTED] issued by the National Registry of Persons from the Republic of Guatemala. I am an attorney and notary, registered as number 25.591 from the Bar Notary Registry of Guatemala.

By this means, allow me to explain to you that I have known Paulo César Montenegro Arévalo since my youth, since we lived in the same neighborhood in the village of Aldea the Fiscal, Municipality of Palencia from the Department of Guatemala. Since he married my sister, Roxana Isabel Ruano Chajón, 15 years ago, I have had the opportunity to spend time with him and I can express my opinion to you regarding my brother-in-law's temperament and personality I consider him to be calm, patient, and grounded.

Adding to the above, I can tell you, I can tell you with certainty that Paulo César Montenegro Arévalo is honest, hardworking, responsible, noble, generous, cares for all of his family, and, above all, is very respectful of the law. Additionally, it is a fact that, on multiple occasions, when many people would approach him to ask for his help for some necessity or sickness, my brother-in-law always supported them, working with them to solve their problems. For example, when their family members were hospitalized, even though he had financial limitations, he contributed to making the respective payments.

Since I have known him, he has worked very hard in his auto-repair shop and with the money gained from his labor, he has been able to support his wife, children, and father and mother. I consider that his aspiration in life is to get ahead honorably to provide a better future for his children, and I can attest to all the difficulties they have gone through to satisfy their basic needs.

I can also state that his noble way of treating people is another way of of contributing to the community and to the world, for this people consider him to be an excellent person. Likewise when he does his job he is conscientious and considerate, always making sure his labor is guaranteed, and I tell you this because I have always taken my vehicle to his workshop for those services.

I have knowledge that my brother-in-law is being legally processed before you, Honorable Judge, and because of this I state that my opinion regarding Paulo César Montenegro Arévalo has not changed because I know the type of person that he is, so allow me to beg you that, in making a decision about this case, you consider what is expressed in this letter.

I sign most respectfully,

(Signature illegible)

Braulia Consuelo Ruano Chajón
Lawyer and Notary
Phone [REDACTED]

[There appears a stamp on the right lower hand corner that reads: Braulia Consuelo Ruano Chajon]

Guatemala, 1 de septiembre de 2018.

Honorable Juez
Henry E. Hudson
Richmond Virginia,
Estados Unidos.

Honorable Juez Hudson:

Mi nombre es Braulia Consuelo Ruano Chajón, me identifico con el documento personal de identificación número ▮▮▮▮▮▮▮▮ extendido por el Registro Nacional de Personas de la República de Guatemala, soy Abogada y Notaria número 25,591 del Colegio de Abogados y Notarios de Guatemala.

Por este medio me permito exponerle que conozco a Paulo César Montenegro Arévalo desde mi niñez, debido a que vivíamos en el mismo vecindario en Aldea el Fiscal, municipio de Palencia del departamento de Guatemala, y desde hace 15 años que él contrajo matrimonio con mi hermana, Roxana Isabel Ruano Chajón, he tenido la oportunidad de compartir con su persona y puedo expresarle mi opinión respecto al temperamento y personalidad de mi cuñado, considerándolo tranquilo, paciente y centrado.

Aunado a lo anterior, puedo decirle con certeza que Paulo César Montenegro Arévalo es honesto, trabajador, responsable, noble, generoso, cuida de toda su familia y, sobre todo, es muy respetuoso de la ley. Asimismo, me consta que, en múltiples ocasiones, cuando muchas personas se le acercaban para pedirle su ayuda por alguna necesidad o enfermedad, mi cuñado siempre los apoyó colaborando con ellos para solucionar sus problemas, por ejemplo, cuando sus familiares eran hospitalizados, él, no obstante sus limitaciones, contribuyó a realizar el pago respectivo.

Desde que lo conozco, él ha trabajado muy duro en su taller automotriz y con el producto de su trabajo realizado en esa labor, ha logrado sostener a su esposa, hijos, padre y madre. Considero que su aspiración en la vida es salir adelante honradamente para proveerles un futuro mejor a sus hijos y me constan todas las dificultades por las que han pasado para satisfacer sus necesidades básicas.

También puedo indicarle que con su nobleza hacia los demás es una forma de contribuir a la comunidad y al mundo, por ello una persona como él, las personas lo consideran como una excelente persona, además cuando realiza su trabajo es consiente y considerado, realizando siempre su labor garantizada, y se lo expreso porque a su taller siempre he llevado mi vehículo para los servicios correspondientes.

Tengo conocimiento que mi cuñado está siendo procesado legalmente ante usted Honorable Juez, por ello le manifiesto que mi opinión respecto a Paulo César Montenegro Arévalo no ha cambiado pues sé el tipo de persona que es, por lo que me permito suplicarle que al tomar su decisión en el caso, considere lo expresado en esta carta.

Me suscribo de usted, respetuosamente,

Braulia Consuelo Ruano Chajón
Abogada y Notaria
Tel. ▮▮▮▮▮▮

Braulia Consuelo Ruano Chajón
Abogada y Notaria